PHILLIP A. SILVESTRI, ESQ.
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway Ste. 400
Las Vegas, Nevada 89169
Direct Dial:  (702) 978-4249
Direct Fax:   (954) 333-4256
E-Mail:  phillip.silvestri@gmlaw.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID WISE, Plaintiff,<br><br>v.<br><br>ELDORADO RESORTS CORP., ELDORADO RESORTS, LLC, FRANGELLA A. VERDUGO, and JOAN MIRANDA, Defendants. | CASE NO.:   2:25-cv-01799-MMD-DJA<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Defendants, by and through the undersigned counsel, and Plaintiff, in proper person, hereby stipulate that this matter, and all claims asserted therein, may be dismissed, with prejudice, with each party bearing their own fees and costs.

DATED this 16th day of December, 2025

**GREEENSPOON MARDER LLP**

_____        _____
PHILLIP A. SILVESTRI, ESQ. (NV Bar No. 11276)    DAVID WISE
3993 Howard Hughes Parkway, Suite 400        Plaintiff, in proper person
Las Vegas, Nevada  89169
*Attorney for Defendants*

IT IS SO ORDERED

DATED this 16th day of December, 2025.

_____
Miranda M. Du, U.S. District Court

GREENSPOON MARDER
3993 Howard Hughes Parkway Suite 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249 Fax: (954) 333-4256